UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 19, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GIEZELL VIDUYA ADAWAG<br>Defendant. | Case No. 2:26-mj-0153 SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GIEZELL VIDUYA ADAWAG Case No. 2:26-mj-0153 SCR Charges 18 USC § 611 from custody for the following reasons:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

___ Unsecured Appearance Bond $ ___

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other): .

Issued at Sacramento, California on October 19, 2026 at 2:22 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney